

FILED
CLERK, U.S. DISTRICT COURT

7/28/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHROO MAGHOL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S WEST STORES, INC.; and Does 1 to 20 Inclusive,<br><br>　　　　Defendant. | Case No. 2:20-CV-04804-JAK-KSx<br><br>**ORDER RE STIPULATION BETWEEN THE PARTIES TO: (1) REMAND ACTION FROM FEDERAL COURT TO STATE COURT; AND (2) LIMIT PLAINTIFF'S AVAILABLE RECOVERY TO $45,000.00 (DKT. 10)**<br><br>**JS-6: CASE REMANDED** |

1

1 | Based on a review of the Stipulation Between the Parties to: (1) Remand Action from
2 | Federal Court to State Court; and (2) Limit Plaintiff's Available Recovery to $45,000.000
3 | ("Stipulation" (Dkt. 10)), sufficient good cause has been shown. Therefore, the Stipulation
4 | is **APPROVED**. Plaintiff shall not be entitled to an award of punitive damages, and
5 | Plaintiff's recovery in this action shall be limited to a total of $45,000.00, exclusive of
6 | interest and costs.
7 | It appears that this Court no longer has subject-matter jurisdiction over this action. 28
8 | U.S.C. § 1332. Therefore, this action is **REMANDED** to the Los Angeles Superior Court,
9 | Spring Street Courthouse, 312 N. Spring St., Los Angeles, CA 90012, as Case Number
10 | 20STCV07533.

**IT IS SO ORDERED.**

Dated: July 28, 2020    _____
                        John A. Kronstadt
                        United States District Judge